UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ARMANDO VAZQUEZ,

Plaintiff,                              CASE NO. 8:10-cv-02156

v.

ENHANCED RECOVERY CORPORATION,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

    NOW COMES the Plaintiff, ARMANDO VAZQUEZ, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 30 days.

    Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

RESPECTFULLY SUBMITTED,

By: __/s/James Pacitti_____
James Pacitti (FBN: 119768)
Krohn & Moss, Ltd
10474 Santa Monica Blvd, Suite 401
Los Angeles, CA 90025
(323) 988-2400 x 230
(866) 802-0021 (fax)
jpacitti@consumerlawcenter.com
Attorney for Plaintiffs