## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

ARMANDO VAZQUEZ,

    Plaintiff,                                                CASE NO. 10-cv-02156

    v.

ENHANCED RECOVERY CORPORATION,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL

ARMANDO VAZQUEZ (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(i) (Dismissal of Actions - Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, ENHANCED RECOVERY CORPORATION (Defendant), in this case.

                                                      RESPECTFULLY SUBMITTED,

                                                      By: /s/James Pacitti
                                                      James Pacitti
                                                      Krohn & Moss, Ltd
                                                      10474 Santa Monica Blvd., Suite 401
                                                      Los Angeles, CA 90025
                                                      Phone: (323) 988-2400 x230
                                                      Fax:   (866) 385-1408
                                                      jpacitti@consumerlawcenter.com
                                                      Attorney for Plaintiff
                                                      FBN: 119768